# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

JOHN MICHAEL RUTLEDGE

                                                    PLAINTIFF

V.        4:08CV03448 GTE

SALINE COUNTY DETENTION FACILITY        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 24th day of November, 2008.

                                                                   /s/ Garnett Thomas Eisele
                                                    UNITED STATES DISTRICT JUDGE